IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERETT EARL HUNTER, JR.,<br><br>　　　　Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br>　　　　Garnishee. | Case No. 1:19-MC-00043-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS)**<br><br>(Doc. 7)<br><br>**ORDER DIRECTING CLERK RANDOMLY TO ASSIGN A DISTRICT JUDGE TO THIS MATTER**<br><br>Criminal Case No. 1:01CR05155-OWW<br><br>**OBJECTIONS DUE: 14 DAYS** |

　　　　The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Bank Accounts) (Doc. 7), and good cause appearing, therefore, hereby recommends a Final Order of Garnishment be granted.

　　　　Accordingly, IT IS RECOMMENDED that:

　　　　1.　　　The United States' Request for Findings and Recommendations for Final Order of Garnishment (Doc. 7) be GRANTED;

　　　　2.　　　Garnishee, Wells Fargo Bank, N.A., be directed to pay the Clerk of the United States District Court 100% of the contents of the defendant and judgment debtor, Everett Earl Hunter, Jr's,

account numbers xxxxxx4491, xxxxxx5668, and xxxxxx3451, within fifteen (15) days of the filing of the Final Order;

    3.    Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  The criminal docket number (1:01CR05155-OWW) shall be stated on the payment instrument;

    4.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

    5.    This garnishment shall terminate when the payment is deposited with the Clerk of the Court;

    6.    The Clerk of Court is directed randomly to assign a District Judge to this matter; and

    7.    The United States shall mail a copy of these findings and recommendations to the defendant at his last known address.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  **Within fourteen (14) days** of service, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district judge's order.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **October 6, 2020**            /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE