UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERETT EARL HUNTER, JR,<br><br>　　　　Defendant and Judgment Debtor,<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Garnishee. | No. 1:19-mc-00043-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

　　　　On June 26, 2019, the United States filed an application for writ of continuing garnishment against defendant and judgment debtor Everett Earl Hunter, Jr.'s property and accounts. (Doc. No. 1.) Thereafter, on October 2, 2020, the United States filed a request for the issuance of findings and recommendations recommending that a final order of garnishment be issued. (Doc. No. 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 6, 2020, the assigned magistrate judge issued findings and recommendations recommending that the United States' request for final order of garnishment be granted. (Doc.

No. 9.) The parties were provided fourteen (14) days in which to file objections to the findings and recommendations. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 6, 2020 (Doc. No. 9) are adopted in full;

2. Garnishee Wells Fargo Bank, N.A. is directed to pay the Clerk of the United States District Court 100 percent of the contents of defendant and judgment debtor Everett Earl Hunter, Jr's account numbers xxxxxx4491, xxxxxx5668, and xxxxxx3451 within fifteen (15) days of the filing of this order;

3. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:01-cr-05155-OWW) shall be stated on the payment instrument;

4. The court retains jurisdiction to resolve matters through ancillary proceedings in this case, if necessary; and

5. This garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated: **December 7, 2020**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2